IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02022-PSF-BNB

ANDREW W. WALSH,

    Plaintiff,

v.

DAVID T. WALSH,

    Defendant.

___

## ORDER SETTING HEARING ON ORDER TO SHOW CAUSE
___

The Court having reviewed Rick DeWitt's Response to the Order to Show Cause (Dkt. # 5), it is hereby

ORDERED that a hearing on the Court's Order to Show Cause is set for **November 18, 2005 at 8:15 a.m.** Plaintiff and Rick DeWitt, Esq. are required to attend this hearing. It is further

ORDERED that the Clerk of the Court shall cause a copy of this Order to be sent to Rick DeWitt, Esq.

DATED: November 7, 2005.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge