IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02022-PSF-BNB

ANDREW W. WALSH,

    Plaintiff,

v.

DAVID T. WALSH,

    Defendant.

## ORDER TO SEAL INFORMATION

Pursuant to the minutes of the hearing on November 18, 2005, the Court hereby ORDERS that Exhibit 1 to Rick DeWitt's Response to the Order to Show Cause (Dkt. # 4), and Exhibit 1 to the Response to Order to Show Cause (Dkt. # 5) be SEALED.

DATED: November 18, 2005

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____
                              Phillip S. Figa
                              United States District Judge